ATTORNEY GRIEVANCE      *     IN THE

COMMISSION OF MARYLAND     *

200 Harry Truman Parkway      *     COURT OF APPEALS

Suite 300      *

Annapolis, MD 21401      *     OF MARYLAND

     *

     Petitioner      *

     *     Misc. Docket AG

v.      *     No. 0011

     *     September Term, 2016

BRUCE MICHAEL SMITH      *

     *

     *     IN THE CIRCUIT COURT FOR

     *     BALTIMORE COUNTY

     Respondent      *     Case No. 03-C-16-006867 AG

     *

*****************************

## ORDER

Upon consideration of the Joint Petition for Disbarment by Consent filed herein pursuant to Maryland Rule 19-736, in which Respondent admits he committed professional misconduct in violation of Rules 1.1, 1.3, 1.4(a) and (b), 1.5(a), and 8.4(a)(b)(c) and (d), of the Maryland Lawyers' Rules of Professional Conduct, which were the rules in effect at the time of this misconduct, it is this 1st day of November, 2016,

ORDERED, that Respondent, Bruce Michael Smith, be and he is hereby disbarred from the practice of law in the State of Maryland; and it is further

ORDERED, that the Clerk of this Court shall strike the name of Bruce Michael Smith from the register of attorneys in the Court, notify Respondent in accordance with Maryland Rule 19-742(a), and issue notice of such action in accordance with Maryland Rule 19-761(b).

/s/ Clayton Greene Jr.

Senior Judge

6